**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRETT STEVEN HANSEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-504-RWS-JBB |
| | § | |
| SHILA HEMBY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The above-captioned case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. Docket No. 3. The February 20, 2026 Report and Recommendation of the Magistrate Judge (Docket No. 111), which contains his proposed findings of fact and recommendations for the disposition of Defendant Lindsey Boone's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 57), has been presented for consideration. The Magistrate Judge recommends that Boone's motion be granted in part and denied in part. Specifically, the Magistrate Judge recommends Plaintiff's claims against Defendant Lindsey Boone be dismissed with prejudice and that Boone be terminated as a defendant in the above-captioned action but that Boone's request for attorney's fees and costs be denied.

No objections to the Report and Recommendation have been filed.[1] Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir.

---

[1] Plaintiff received a copy of the Report and Recommendation on February 20, 2026 via electronic notification. *See* Docket No. 4.

2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 111) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Defendant Lindsey Boone's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 57) is **GRANTED-IN-PART** to the extent that it seeks the dismissal of Plaintiff's claims against Boone but **DENIED-IN-PART** with respect to Boone's request for attorney's fees and costs. It is further

**ORDERED** that Plaintiff's claims against Defendant Lindsey Boone are **DISMISSED WITH PREJUDICE**. The Clerk of the Court shall terminate Lindsey Boone as a defendant in the above-captioned action.

**So ORDERED and SIGNED this 18th day of March, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE