**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRETT STEVEN HANSEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-504-RWS-JBB |
| | § | |
| SHILA HEMBY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 112), the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to: (1) Plaintiff's claims against Defendants Texas Department of Family and Protective Services, Davietta Green, and Shila Hemby; (2) any official capacity claims against Defendant Kristen Hansel for actions taken in her official capacity as an employee of DFPS; and (3) any claims based upon Defendant Whitney Spraggins's testimony at the December 2024 and May 2025 court hearings related to the underlying custody matter, and **DISMISSED WITH PREJUDICE** as to any remaining claims. It is further

**ORDERED** that any motions that remain pending in this case are hereby **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 18th day of March, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE